915 A.2d 1046

MARLA STEINHAUER, ET AL., PLAINTIFFS–APPELLANTS, v. MARSHALL COOPER, D.P.M., DEFENDANT–RESPONDENT.

January 18, 2007.

This matter having been duly considered and the Court having determined that certification was improvidently granted;

It is ORDERED that the within appeal be and hereby is dismissed.

915 A.2d 1046

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. BASIYR A. POWELL, DEFENDANT–PETITIONER.

January 19, 2007.

The Court having determined that the Order entered on December 13, 2006, denying the petition for certification in the above matter was improvidently entered through clerical error;

It is ORDERED that the Order denying the petition for certification is hereby vacated.